21341. CITY OF ATLANTA *et al.* v. CONTINENTAL DISTRIBUTING, INC.

QUILLIAN, Justice. This case is controlled by *City of Atlanta v. Lopert Pictures Corp.*, ante.

. *Judgment reversed. All the Justices concur.*

ARGUED SEPTEMBER 13, 1961—DECIDED NOVEMBER 9, 1961—REHEARING DENIED NOVEMBER 21, 1961.

*J. C. Savage, Edwin L. Sterne, Robert F. Lyle,* for plaintiffs in error.

*Heyman, Abram & Young, Maurice N. Maloof,* contra.